THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARNELL TILLMAN, Appellant. (Appeal No. 2.) [786 NYS2d 792]— Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered April 24, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Tillman* (13 AD3d 1213 [2004]). Present—Pigott, Jr., P.J., Green, Pine, Gorski and Lawton, JJ.